IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JEFFREY HOWELL,

      Petitioner,

v.                                                                  Case No.  5D17-819

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 12, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jeffrey Howell, Blountstown, *pro se.*

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 4, 2015 order denying Petitioner's pro se amended motion for post-conviction relief, filed in Case No. 09-CF-232, in the Circuit Court in and for St. Johns County, Florida.  *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., and EVANDER, J., and JACOBUS, B.W., Senior Judge, concur.